ACCEPTED
03-15-00246-CR
7011980
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/21/2015 11:38:23 AM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00246-CR

| | | |
|---|---|---|
| **MARK GORDON MCMURPHY** | § | **IN THE THIRD** FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| **v.** | § | **DISTRICT COURT OF** 9/21/2015 11:38:23 AM |
| **THE STATE OF TEXAS** | § | JEFFREY D. KYLE<br>Clerk **APPEALS OF TEXAS** |

## STATE'S FIRST MOTION TO EXTEND TIME TO FILE BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes the State of Texas, Appellee in the above-styled and -numbered cause, and moves for an extension of time of 40 days to file Appellee's brief, and for good cause would show the following:

### I.

Appellant was indicted for Driving While Intoxicated with Two or More Previous Convictions for the Same Type of Offense; the third-degree felony was enhanced to habitual. A jury found him guilty of the offense, and Appellant was sentenced to 60 years in the Texas Department of Criminal Justice. Appellant's brief was initially due on or about June 12th. After Appellant's motion for extension was granted, Appellant submitted his brief on August 21, 2015. The State's brief is currently due on September 23, 2015.

### II.

I anticipate that I will handle the brief for the State in this case. On September 8th I filed the State's brief in 03-15-00079-CR. I filed an answer to an

1

application for Writ of Habeas Corpus on September 17, 2015 in cause number CR2008-590-1. I have also gathered information on, reviewed or prepared expunctions and nondisclosures, including several petitions in the last month. I have assisted other attorneys in the office with various issues in their cases and appeals. I am currently working on the State's brief in 03-14-00659-CR, due September 30th. I will take this work with me when I join my office in attending an annual law conference in Corpus Christi for the remainder of this week. I will also likely sit second chair with another attorney for his oral argument in 03-14-00570-CR on October 7th. Additionally, because of the increased volume of appeals in our county, the Comal County Commissioner's Court has recently approved funding for a second appellate prosecutor position, which our office anticipates adding around January 1, 2016. In the interim, some briefs are being assigned to attorneys outside of the office. Because of the foregoing, I have not yet been able to work on a response, and respectfully request an extension of 40 days to file the State's brief. This is the first extension sought by Appellee.

III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of 40 days, until November 2, 2015, so that an adequate response may be made to Appellant's brief. This extension is not

requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's First Motion to Extend Time to File Brief* has been delivered to Appellant MARK GORDON MCMURPHY's attorney in this matter:

Gary F. Churak
churaklaw@msn.com
14310 Northbrook Ste. 210
San Antonio, TX  78232
*Counsel for Appellant on Appeal*

By electronic service to the above-listed email address through efile.txcourts.gov, this 21st day of September, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**

3